UNITED STATES *v.* FOUR STAND CASKS, etc.*

*(Circuit Court, E. D. Pennsylvania. January 31, 1881.)*

1. REVENUE LAWS — DISTILLED SPIRITS — FAILURE TO STAMP "STAND CASKS"—FORFEITURE—CONSTRUCTION OF STATUTE.

"Stand casks," forming part of the fixtures of a retail liquor saloon, and used for holding distilled spirits, are not required to be stamped, and their contents are not liable to forfeiture under section 3289, Rev. St., because of the absence of such stamp.

Appeal from decree of district court dismissing a libel of information for forfeiture against certain casks of distilled spirits. The district court had held that the contents of large ornamental casks, forming part of the fixtures of a retail liquor store, and known as "stand casks," were not liable to forfeiture under section 3289, Rev. St., for want of a stamp. The case and opinion of the court were fully reported in 3 FED. REP. 20. The United States appealed to the circuit court.

*John K. Valentine*, U. S. Dist. Att'y, for appellant.

*Richard P. White*, for appellee.

Decree affirmed, (no opinion.)

*Reported by Frank P. Prichard, Esq., of the Philadelphia bar.